# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RICHARD W. TREDINNICK, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> TRANSAMERICA LIFE INSURANCE § <br> COMPANY, § <br> *Defendant.* § <br> § | Civil Action No.  4:22-cv-00423 <br> Judge Mazzant |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered contemporaneously with this Final Judgment, it is **CONSIDERED, ORDERED, AND ADJUDGED** that that Counts One, Two, and Three are **DISMISSED with PREJUDICE** and Count Four is **DISMISSED without PREJUDICE.**

IT IS SO ORDERED.

SIGNED this 10th day of July, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE